# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL WEBSTER, JR., | : | Case No. 1:15-cv-329 |
| Petitioner, | : | District Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| WARDEN, BELMONT CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman. (Doc. 22). Specifically, Judge Bowman issued a Report and Recommendation on February 20, 2024, recommending that Petitioner's 28 U.S.C. § 2254 petition for a writ of habeas corpus be denied with prejudice. (Doc. 22). The Report and Recommendation further recommends that Petitioner be denied a certificate of appealability and leave to appeal *in forma pauperis*. (*Id*.) Petitioner was twice granted extensions of time to file objections to the Report and Recommendation, up to November 22, 2024. (Docs. 23, 24, 25; Not. Order, Mar. 6, 2024). To date, no objections have been filed, and the time for doing so has expired.

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case. Upon consideration of the foregoing, the Court finds that the Report and

Recommendation (Doc. 22) should be and is hereby adopted in their entirety.

Accordingly:

1. The Report and Recommendation (Doc. 22) is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 petition for a writ of habeas corpus (Doc. 1) is **DENIED with prejudice**;

3. The Court finds that any appeal would be objectively frivolous, and that jurists of reason would not disagree with the Court's resolution of Petitioner's claims nor would jurists conclude that "the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Accordingly, the Court **DENIES** the issuance of a certificate of appealability, pursuant to 28 U.S.C. § 2253(c);

4. The Court certifies that any appeal of this Order adopting the Report and Recommendation would not be taken in good faith and, accordingly, **DENIES** leave to appeal *in forma pauperis*; and

5. This case is dismissed and shall be terminated on the docket of this Court.

**IT IS SO ORDERED**.

Date: 9/26/2025                              *s/ Timothy S. Black*
                                             Timothy S. Black
                                             United States District Judge